**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7129**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ARMON O'NEAL BEAVERS,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  Samuel G. Wilson, Chief District Judge.  (CR-92-46, CA-97-815-R)

─────────────

Submitted:  December 15, 1998        Decided:  January 5, 1999

─────────────

Before WILKINS and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Armon O'Neal Beavers, Appellant Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Beavers</u>, Nos. CR-92-46; CA-97-815-R (W.D. Va. July 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>